UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REGIONS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:10-CV-325 |
| | ) (GUYTON) |
| V. | ) |
| | ) |
| ROBIN MARTIN, a/k/a | ) |
| STEPHANIE DAVICH, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 29].

Now before the Court is the parties' Stipulation and Joint Motion as to Regions Bank's Fees [Doc. 26], in which the parties stipulate that Regions Bank should be reimbursed for its fees and expenses in the amount of $10,000, from the funds held on deposit in this matter.

Based upon the parties' agreement and for the reasons more fully stated in the Memorandum and Order [Doc. 30] filed contemporaneously herewith, the Court finds the Stipulation and Joint Motion **[Doc. 26]** is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge