# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| REGIONS BANK <br> *Plaintiff* <br> v. <br> ROBIN MARTIN a/k/a STEPHANIE DAVICH <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:10-CV-325 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in the Defendant's favor. The Defendant is entitled to and shall receive the moneys deposited with the Clerk of Court, less $10,000, which shall be payable to the Plaintiff as reimbursement for the fees and expenses it incurred in litigating this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge H. Bruce Guyton on a motion for summary judgment, [Doc. 19], and joint motion as to attorney's fees, [Doc. 26].

Date: 09/09/2011

*CLERK OF COURT*

s/ A. Brush
*Signature of Clerk or Deputy Clerk*